UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

A.A., ET AL.,

                    Plaintiffs,              25-cv-8048 (JGK)

          - against -                        ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

February 9, 2026.

SO ORDERED.

Dated:    New York, New York
          January 24, 2026

                                   _____
                                           John G. Koeltl
                                   United States District Judge